# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:13-cr-066-5 |
| Cassie Lynn Packineau, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that defendant has been accepted into a residential in-patient treatment program at the North Central Human Service Center ("NCHSC") in Minot, North Dakota, Defendant is scheduled to begin her treatment on Monday, August 12, 2013, at 9:00 a.m.

Defendant shall be released to the custody of her father, Monte Packineau, no earlier that 6:30 a.m. on August 12, 2013, for transport to the NCHSC's treatment facility. Defendant shall remain at the NDCHSC's treatment facility and abide by its rules and regulations. Upon completion of her treatment, she is to immediately report to the Pretrial Services Office in Minot, North Dakota.

**IT IS SO ORDERED.**

Dated this 8th day of August, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court