# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:13-cr-066-20 |
| Justin Lloyd Price, | ) | |
| | ) | |
| Defendant. | ) | |

On August 9, 2013, the court issued an order granting defendant's motion for release and releasing defendant to the custody of his mother, Connie Price, pending completion of a substance abuse evaluation and in anticipation of his acceptance into a residential treatment program at North Central Human Service Center ("NCHSC") in Minot, North Dakota. In so doing, the court reinstated the conditions of release set forth in its order of April 4, 2013.

On August 14, 2013, the parties advised the court that the NCHSC had completed his evaluation of defendant and recommended that he participate in an outpatient as opposed to residential treatment program. The Government further advised that it had no objection to defendant attending treatment on an outpatient basis. Accordingly, the court **ORDERS** that defendant shall remain in his mother's custody and reside at his mother's residence pending further order of the court, that he comply with the conditions of release set forth in the court's order of April 4, 2013, and that he immediately contact the Pretrial Services Officer to obtain whatever reporting instructions the Pretrial Services Officer believes are appropriate.

Dated this 15th day of August, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court